1  BENJAMIN B. WAGNER
   United States Attorney
2  DEBORAH LEE STACHEL
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   ASIM H. MODI
4  Special Assistant United States Attorney
        Social Security Administration
5        160 Spear Street, Suite 800
        San Francisco, CA  94105
6        Telephone: 415-977-8952
        Facsimile: 415-744-0134
7        Email: Asim.Modi@ssa.gov
8  Attorneys for Defendant
9
                UNITED STATES DISTRICT COURT
10              EASTERN DISTRICT OF CALIFORNIA
                     SACRAMENTO DIVISION
11

12 MICHELLE L. BUCHET,              )   Case No. 2:15-cv-2431-CMK
                                    )
13         Plaintiff,               )   **STIPULATION AND ORDER TO**
                                    )   **EXTEND BRIEFING SCHEDULE**
14            v.                    )
                                    )
15                                  )
   CAROLYN W. COLVIN                )
16 Acting Commissioner of Social Security, )
                                    )
17         Defendant.               )
                                    )
18 _____ )
19

20      IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to

21 extend Defendant's time to file the Certified Administrative Record and the Answer to Plaintiff's

22 Complaint with the Court by 45 days to June 13, 2016, and that all other scheduling dates set

23 forth in the Court's Case Management Order shall be extended accordingly.  This is Defendant's

24 first request for an extension of time in this matter.  There is good cause for this extension

25 because the Social Security Administration's Office of Disability Adjudication and Review is

26 presently unable to prepare a complete certified administrative record for this case.

27

28

                                    -1-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

Date: _April 26, 2016_                        LAW OFFICES OF LAWRENCE D.
                                              ROHLFING

                                    By:       _/s/ Asim H. Modi for Monica Perales*_
                                              MONICA PERALES
                                              *Authorized by email on April 26, 2016*
                                              Attorneys for Plaintiff

Date: _April 26, 2016_                        BENJAMIN B. WAGNER
                                              United States Attorney
                                              DEBORAH LEE STACHEL
                                              Acting Regional Chief Counsel, Region IX
                                              Social Security Administration

                                    By:       _/s/ Asim H. Modi_
                                              ASIM H. MODI
                                              Special Assistant United States Attorney
                                              Attorneys for Defendant


                                          ORDER


        APPROVED AND SO ORDERED


Dated:  April 29, 2016

                                          CRAIG M. KELLISON
                                          UNITED STATES MAGISTRATE JUDGE


-2-