PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ASIM H. MODI
Special Assistant United States Attorney
   Social Security Administration
   160 Spear Street, Suite 800
   San Francisco, CA  94105
   Telephone: 415-977-8952
   Facsimile: 415-744-0134
   Email: Asim.Modi@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| MICHELLE L. BUCHET, | Case No. 2:15-cv-2431-CMK |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE** |
| v. | |
| CAROLYN W. COLVIN<br>Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend Defendant's time to file her cross-motion for summary judgment with the Court by 30 days to **September 28, 2016**, and that all other scheduling dates set forth in the Court's Case Management Order shall be extended accordingly.  This is Defendant's second request for an extension of time in this matter[1], and she requests it in good faith and without any intent to prolong proceedings unduly.

---

[1] On April 26, 2016, the Commissioner filed a stipulation for an extension of 45 days to prepare the certified administrative record and file an answer to Plaintiff's complaint (CR 10).  However,

There is good cause for this extension request.  First, a 30-day extension is necessary because counsel for Defendant was (or will be) out of the office for significant portions of the period between August 15 and 29, 2016, and requires additional time to adequately research and analyze the factual record and Plaintiff's legal claims.  Second, counsel for Defendant has workload issues that preclude filing the summary judgment motion by August 29, 2016. Specifically, in addition to the work-related travel and personal leave referenced above, counsel for Defendant is responsible for drafting various pleadings before the district courts within the Ninth Circuit, drafting an appellate pleading in a Social Security matter before the Ninth Circuit, and negotiating or litigating attorney fee matters pursuant to the Equal Access to Justice Act. Counsel for Defendant is also currently responsible for conducting discovery and drafting briefs personnel litigation before the Equal Employment Opportunity Commission and Merit Systems Protection Board.

Counsel for Defendant apologizes to Plaintiff and the Court for any inconvenience caused by this delay.

Respectfully submitted,

Date: _August 26, 2016_    LAW OFFICES OF LAWRENCE D. ROHLFING

By:    _/s/ Asim H. Modi for Monica Perales*_
MONICA PERALES
*Authorized by email on August 26, 2016
Attorneys for Plaintiff

Date: _August 26, 2016_    PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

---

this is the Commissioner's first request for an extension of time to file her summary judgment motion.

By:    /s/ Asim H. Modi
ASIM H. MODI
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED

Dated:  August 30, 2016

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE